# **EXHIBIT A**



THE FANS ARE THE
BEST PART OF THIS TOUR

| SEP 29 | Taylor Swift - On Tour<br>Houston, TX · NRG Stadium | | TICKETS |

View all upcoming shows

## Taylor Swift - New Romantics
81M views

 754K    34K    Share    Download    Save

 **Taylor Swift**
30M subscribers           SUBSCRIBED 

Up next                                               Autoplay


4:31
vevo

Maroon 5 - Girls Like You ft. Cardi B
Maroon 5 · 786M views

Mix - Taylor Swift - New Romantics

26



# One Chance -- EXCLUSIVE First Look with Taylor Swift -- Regal Movies [HD}

109K views

    


1.5K     4     Share     Download     Save


Regal Movies
121K subscribers

 SUBSCRIBE

Up next          Autoplay 



**Emoji News: Taylor Swift Wins 8 Billboard Awards -...**
The Late Late Show with J...
203K views



**Relaxing Sleep Music: Deep Sleeping Music, Re...**
Soothing Relaxation
Recommended for you

26

CELEBRITY

# Taylor Swift Surprises Fan with a Special Performance of 'Blank Space' at His Wedding (and Gave Him a Handmade Gift)

   



Case 3:20-cv-00436   Document 1-1   Filed 05/21/20   Page 4 of 8 PageID #: 29



# I Get You
(Song for Taylor Swift)

Russ Greer  Russ Greer




Case 3:20-cv-00436   Document 1-1   Filed 05/21/20   Page 6 of 8 PageID #: 31



@taylorswift13 "Say Yes, it's an UNDERDOG STORY" :) https://www.kickstarter.com/... See More

You, Tim Christensen and 11 others

Case 3:20-cv-00436   Document 1-1   Filed 05/21/20   Page 7 of 8 PageID #: 32



**Greer Russell**
Posted by Greer Russell
October 8, 2015 · 🌐

We determine how hard we make our challenges and we determine if we let our challenges hinder us from achieving our dreams.

I was born with a facial paralysis, but I'm not letting it stop me from being funny and writing music. Trying to get Taylor Swift's attention.

The lyrics: (COPYRIGHTED 2015)
I Get You (song for TS)
By Russ GreeR

(Drum rolls like marching band)

Can't imagine being 15 and
Waiting for Romeo on that
White Horse making you believe it
Was a Love Story.
Singing country tunes in the night air/
Trying to forget Drew and his blonde hair.
Teardrops On Your Guitar
just show how Innocent your heart is/
Yeah, I get you. I get you
Walking out of each law firm looking for my State of Grace while trying not to show a downtrodden

 Write a comment...  

