# **EXHIBIT B**



Home / Celebrities

# Taylor Swift Charity Work, Events and Causes



**31** CHARITIES

**146** ARTICLES

**30** CAUSES

**6** VIDEOS

On September 21, 2007, Swift launched a campaign to protect children from online predators. Swift has teamed up with Tennessee Governor Phil Bredesen to combat internet sex crimes.

33

# Charities & foundations supported 31

Taylor Swift has supported the following charities listed on this site:

ACM Lifting Lives
ALS Association
Cancer Research Institute
Children in Need
Clothes Off Our Back
DonateMyDress.org
DoSomething.org
Elton John AIDS Foundation
Entertainment Industry Foundation
Feeding America
FHI 360
GRAMMY Foundation
Habitat For Humanity
Hands On Nashville
Hero in Heels
Make-A-Wish Foundation

MusiCares
Music for Relief
PETA
PROJECT ZAMBI
Red Cross
Save The Music Foundation
Shoe Revolt