# **EXHIBIT C**



16,400 views | Jun 19, 2019, 08:20am EDT

# Is Taylor Swift Profiting Off The LGBT Community? Yes, But She's Helping As Well

**Hugh McIntyre** Contributor
Hollywood & Entertainment



CARSON, CALIFORNIA – JUNE 01: (EDITORIAL USE ONLY... [+]


Case 3:20-cv-00436   Document 1-3   Filed 05/21/20   Page 2 of 2 PageID #: 38
36