# **EXHIBIT D**



+1 (801) 273-1085                8/8/19

Dad                              8/2/19

+1 (202) 415-7758                7/23/19

### Transcription Beta

"Good morning Mr. Greer my name is Jay Schaudies at Nashville Tennessee and I was calling you regarding your recent correspondence it's come back our way as you may recall I had written you back on July 18 and I certainly wish you well and all the things that you're doing and it sounds like something very worthwhile _____ is but um I hope you can understand that ____ writes all of her own music and does not and cannot law and under contract she has cannot except _____ music from anyone um the matter is the wording of the ____ or the person I'm sorry the _____ the labels in the publishing companies absolutely prohibit her from doing that so I appreciate your understanding and I