# **EXHIBIT E**

reddit.com 

   OPEN IN APP



Visit Community

r/niceguys

Feb 5, 2017, 10:22 AM

If there's any resemblance between him an Taylor Swift, is that they both play the victim all the time. This girl's crime? Unfriend him on FB.

09/16/2017, 6:37 PM



NO ONE CARES. HAHAHAHAHAHA YOU ARE SUCH A FLOP MAN! IF U THINK TSWIFT RUINED YOUR LIFEEEE. BOOOOOO! YOU DIE BTCH HAHAAHAHAH


.ıll Verizon 🛜     9:56 AM     @ ✱ 59% 🔋 ⚡

❮ Requests     **Facebook User**
Facebook

08/27/2017, 11:02 AM

# https://encyclopediadramatica.rs/Russell_Greer

**Attachment Unavailable**

This attachment may have been removed or the person who shared it may not have permission to share it with you.

 You're a fat sack of shit.

    



### Warning if you don't 'date' Russell Greer he will sue you

48 views

 2   1   Share   Save   Add to

 **christopher lockery**
No subscribers

 SUBSCRIBE

Up next                                   Autoplay 



**Word Salad**
christopher lockery ·
No views

**Do You Believe In Life After Love?**
Sukairi ·
Recommended for you





MailOnline
★★★★★
FREE - On the App Store

View

 News

# Utah man sues Taylor Swift after her agents 'stonewall' his efforts to make music with her

By Kaileen Gaul For Mailonline
05:18 EDT 08 Dec 2016, updated 13:48 EDT 08 Dec 2016



ADVERTISEMENT


MailOnline
★★★★★
FREE - On the App Store
View



Russell Greer from Salt Lake City blames Swift's agents for not forwarding his music to her.

He believes he is entitled to the singer's attention.

Mr Greer was allegedly told multiple times the Shake It Off songstress had a 'no unsolicited muADVERTISEMENT on policy.

A j
arg



the past two years I have been campaigning to shut down Kiwi Farms, a site run by Joshua Conner Moon – formerly of Pensacola, Florida.



**Kiwi Farms**
@KiwiFarms

Gossip and exploitation of the mentally handicapped for amusement purposes.

Ruckersville, VA
kiwifar.ms

Kiwi Farms is run by paedophile sadist Joshua Conner Moon and exists to harass the disabled. Click for full size.



Text Message
Today 1:59 PM

**Russel you piece of shit. All your information including phone, home address, work address, etc. Will be published to the trolls unless you unblock me.**

What??? Who is this?

**It is Zig.**

**Sorenson was very helpful in providing me everything I need to know.**

**Why you deactivate your Facebook Russell?**

    







# Russhole Shitlips Greer


Add Friend


Follow


Message


More

About　　　Photos　　　Friends

Photos Nothing to Show

