# **EXHIBIT H**


# mylife



## Russell, Your Reputation Score is 2.675

 You

Show Reputation Scores

Re

## ACTIVITY SUMMARY

| 1 | 10 | 634 |
|---|---|---|
| VIEW LAST WEEK | VIEWS LAST MONTH | VIEWS LAST YEAR |



### Anonymous

LOCATION
Columbus, OH

SOURCE
Mylife

*Searched for you on 09/03/2018*

# My Jobs

Next Steps    10

Saved    21

Applied    1117

Interviewing    4

## NOTICE TO TERMINATE TENANCY

October 3, 2017

Tenant(s):
Russell Greer
3306 East Del Verde Ave
Salt Lake City, Utah 84109

**TO TENANT(S) AND ALL OTHERS IN POSSESSION OF THE PREMISES LOCATED AT:**

3306 East Del Verde Ave
Salt Lake City, Utah 84109

**PLEASE TAKE NOTICE** that your month-to-month tenancy under which you hold the possession of the herein described premises is hereby terminated as of the date **THIRTY (30)** days after the service of this **NOTICE** upon you. **YOU ARE HEREBY** required to quit and surrender possession thereof to Jessica Hirshberg on or before the date of **NOVEMBER 3, 2017.** Rent will be prorated for November if not vacant by October 31, 2017. Failure to do so will result in forfeiture of the lease and/or rental agreement and will institute an Unlawful Detainer lawsuit against you to recover rent, damages and possession of said premises.

THIS IS INTENDED AS A THIRTY (30) DAY NOTICE FOR THE PURPOSE OF TERMINATING YOUR TENANCY. THIS NOTICE IS IN ACCORDANCE WITH UTAH CODE, TITLE 78B, CHAPTER 6 § 802(b)(i).

LANDLORD RESERVES ALL THE RIGHTS AND REMEDIES PROVIDED UNDER THE RENTAL AGREEMENT AND UNDER APPLICABLE LAWS OF THE STATE OF UTAH INCLUDING BUT NOT LIMITED TO DAMAGES FOR UNPAID RENT OR PROPERTY AND NOTHING IN THIS NOTICE MAY BE CONSTRUED AS A WAIVER OF SUCH RIGHTS AND REMEDIES.

By: *Jessica Hirshberg* (signature)
Jessica Hirshberg

*3306 East Del Verde Ave, Salt Lake city, UT 84109*

*(801)450-3904*

# Current Claim for RUSSELL G GREER

**Type:** Unemployment Insurance

**Status:**
Eligible

**Weekly Benefit Amount**
$264.00

**Last Deposit Date**

**Begin Date**
Feb 25, 2018

**Maximum Benefit Amount**
$6,864.00

**Last Weekly Claim Filed**
Mar 24, 2018

**EndDate**
Feb 23, 2019

**Remaining Balance**
$6,713.00

**Work Search Requirement**
4 weekly

*\*Your claim will stop at the end of the benefit year. Any remaining balance cannot be carried over to a new claim.*

# Claims



60