# EXHIBIT I


HIGHLAND Springs

## Indv Com Note

| | | | | | | |
|---|---|---|---|---|---|---|
| **Client Name:** | Russell Greer | **Client ID:** | 2146609 | | **Status:** | Show |
| **Clinician Name:** | | **Service:** | Ind Thrpy Commercial | | | |
| **Date Of Service:** | 07/16/2019 | **Start Time:** 5:00 PM | **End Time:** | 6:00 PM | **Duration:** | 60 Minutes |
| **Team:** | H.S.S.C Highland | | | | | |

**Location:** H.S.S.C Highland

**Specific Location:** therapist office

**Mode of Delivery:** Face-to-face

**Member Participated:** Yes

**Second Staff:**

**Other Participants:**

☐ Family Member(s)  ☐ Internal Collateral  ☐ External Collateral

**Goals and Objectives:** trauma

## Service Note

### Situation Intervention Plan

Ct reported that he had a job interview this week and should hear about the job in the next couple of days. Ct shared that the girl he was texting has text him back and he invited her to spend time together this weekend but hasn't heard back.

Processed with Ct his moods. Ct shared that he did his assignment and he has seen improvement in his moods. Processed with Ct his assessment and the prescribers assessment of him. Discussed his trauma. It appeared that Ct wanted his trauma symptoms to be validated, so writer validated them. Processed his conflicting views on what he wants from Taylor Swift. Ct agreed to think about revenge versus working things out because both are conflicting.

Ct will continue individual therapy in two weeks.

### Address Progress to Goal

Ct is using skills and managing his moods in a healthier way.

### Billing Diagnosis

1- F43.12    Post-traumatic stress disorder, chronic

### Signatures

**Clinician:** , CMHC CMHC

**Signature Date:** 07/16/2019