# **EXHIBIT J**

As Greer says, this provides him with an opportunity for intimacy that he doesn't normally have. And by adding his name to this particular lawsuit, he wants to preserve the state's brothel system so that he can continue to do that.

That being said, Greer has faced criticism online over alleged misogynistic comments on social media. He has also sued Taylor Swift in the past.

The lawsuit was dismissed, but his decision to sue her also drew criticism online and questions around his views of women.

Despite this, the plaintiffs of the current lawsuit are specifically aiming to ban brothels in Nevada, and a brothel client joining the lawsuit as a defendant, we just don't know yet how that could impact the case overall.

**BILLMAN: Bree, is Russell Greer's situation common, based on some of the reporting that you've done?**