# **EXHIBIT K**

