```
DUPLICATE

Court Name: U. S. District Court, MD/TN
Division: 3
Receipt Number: 34675058891
Cashier ID: althea2
Transaction Date: 05/21/2020
Payer Name: Russell Greer
-----------------------------------
CIVIL FILING FEE
 For: Russell Greer
 Amount:         $400.00
-----------------------------------
Paper Check Conversion
 Amt Tendered: $400.00
-----------------------------------
Total Due:       $400.00
Total Tendered: $400.00
Change Amt:        $0.00

3:20-0436
```