UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RUSSELL GREER, | ) |
| Plaintiff, | ) ) ) |
| v. | )  NO. 3:20-cv-00436 |
| TAYLOR A. SWIFT, | ) ) ) |
| Defendant. | ) ) |

## ORDER

Pursuant to Administrative Order No. 176, this action is transferred to U.S. District Judge Aleta A. Trauger as a "Related Case" to Civil Action No. 3:18-cv-00394.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE