# EXHIBIT A



THE FANS ARE THE
BEST PART OF THIS TOUR

**SEP**
**29** Taylor Swift - On Tour
Houston, TX · NRG Stadium 



⌄ View all upcoming shows

## Taylor Swift - New Romantics
81M views


754K


34K


Share


Download


Save

 **Taylor Swift**
30M subscribers

 SUBSCRIBED 

Up next                                    Autoplay

 4:31

**Maroon 5 - Girls Like You ft. Cardi B** ⋮
Maroon 5 · 786M views

**Mix - Taylor Swift -** ⋮



## One Chance -- EXCLUSIVE First Look with Taylor Swift -- Regal Movies [HD}

▼

109K views



1.5K


4


Share


Download


Save


**Regal Movies**
121K subscribers

 SUBSCRIBE

Up next                                   Autoplay


3:09

**Emoji News: Taylor Swift Wins 8 Billboard Awards -...**
⋮
The Late Late Show with J...
203K views


3:00:22

**Relaxing Sleep Music: Deep Sleeping Music, Re...**
⋮
Soothing Relaxation
Recommended for you

CELEBRITY

# Taylor Swift Surprises Fan with a Special Performance of 'Blank Space' at His Wedding (and Gave Him a Handmade Gift)

   





# I Get You

(Song for Taylor Swift)

Russ Greer

Russ Greer





  



@taylorswift13 "Say Yes, it's an UNDERDOG
STORY" :) **https://www.kickstarter.com/**... See More

👍 You, Tim Christensen and 11 others

 Like     Comment     Share




**Greer Russell**
Posted by Greer Russell
October 8, 2015 · 🌐

We determine how hard we make our challenges and we determine if we let our challenges hinder us from achieving our dreams.

I was born with a facial paralysis, but I'm not letting it stop me from being funny and writing music. Trying to get Taylor Swift's attention.

The lyrics: (COPYRIGHTED 2015)
I Get You (song for TS)
By Russ GreeR

(Drum rolls like marching band)

Can't imagine being 15 and
Waiting for Romeo on that
White Horse making you believe it
Was a Love Story.
Singing country tunes in the night air/
Trying to forget Drew and his blonde hair.
Teardrops On Your Guitar
just show how Innocent your heart is/
Yeah, I get you. I get you
Walking out of each law firm looking for my State
of Grace while trying not to show a downtrodden

 Write a comment...  

    

# **EXHIBIT B**


Home / Celebrities

# **Taylor Swift** Charity
## Work, Events and Causes



| 31 | 146 |
|---|---|
| CHARITIES | ARTICLES |
| 30 | 6 |
| CAUSES | VIDEOS |

On September 21, 2007, Swift launched a campaign to protect children from online predators. Swift has teamed up with Tennessee Governor Phil Bredesen to combat internet sex crimes.

# Charities & foundations supported 31

Taylor Swift has supported the following charities listed on this site:

ACM Lifting Lives
ALS Association
Cancer Research Institute
Children in Need
Clothes Off Our Back
DonateMyDress.org
DoSomething.org
Elton John AIDS Foundation
Entertainment Industry Foundation
Feeding America
FHI 360
GRAMMY Foundation
Habitat For Humanity
Hands On Nashville
Hero in Heels
Make-A-Wish Foundation

MusiCares
Music for Relief
PETA
PROJECT ZAMBI
Red Cross
Save The Music Foundation
Shoe Revolt

# EXHIBIT C



# Forbes ↪

16,400 views | Jun 19, 2019, 08:20am EDT

# Is Taylor Swift Profiting Off The LGBT Community? Yes, But She's Helping As Well

**Hugh McIntyre** Contributor ⓘ

Hollywood & Entertainment



CARSON, CALIFORNIA — JUNE 01: (EDITORIAL USE [+]
ONLY

  

Case 3:20-cv-00436   Document 6-1   Filed 06/01/20   Page 13 of 45 PageID #: 132

# **EXHIBIT D**



Case 3:20-cv-00436   Document 6-1   Filed 06/01/20   Page 15 of 45 PageID #: 134



Verizon
1:10 PM
99%
Greeting
Voicemail
Edit
+1 (801) 273-1085
8/8/19
Dad
phone
8/2/19
00:07
+1 (202) 415-7758
Washington, DC
7/23/19
00:10
Transcription Beta
"Good morning Mr. Greer my name is Jay Schaudies at Nashville Tennessee and I was calling you regarding your recent correspondence it's come back our way as you may recall I had written you back on July 18 and I certainly wish you well and all the things that you're doing and it sounds like something very worthwhile ___ ______ is but um I hope you can understand that _____ writes all of her own music and does not and cannot law and under contract she has cannot except ___________ music from anyone um the matter is the wording of the _____ or the person I'm sorry the ______________ the labels in the publishing companies absolutely prohibit her from doing that so
Favorites
Recents
Contacts
Keypad
Voicemail
6

**EXHIBIT E**



reddit.com  



OPEN IN APP



Visit Community

r/niceguys

Feb 5, 2017, 10:22 AM

If there's any resemblance between him an Taylor Swift, is that they both play the victim all the time. This girl's crime? Unfriend him on FB.

09/16/2017, 6:37 PM



NO ONE CARES.
HAHAHAHAHAHA YOU ARE
SUCH A FLOP MAN! IF U
THINK TSWIFT RUINED YOUR
LIFEEEE. BOOOOOO! YOU
DIE BTCH HAHAAHAHAH

08/27/2017, 11:02 AM

https://
encyclopediadramatica.rs/
Russell_Greer

**Attachment Unavailable**
This attachment may have been
removed or the person who shared it
may not have permission to share it
with you.

 You're a fat sack of shit.



0:01                                    8:19

Warning if you don't 'date' Russell Greer he will
sue you                                          ▼

48 views

        ↗              ⊕              ≡+
2                 1            Share           Save         Add to

© **christopher lockery**          ▶ SUBSCRIBE
No subscribers

Up next                              Autoplay  ⬤

       **Word Salad**                    ⋮
                            christopher lockery ·
                            No views
9:20

       **Do You Believe In Life**         ⋮
                            **After Love?**
                            Sukairi ·
                            Recommended for you
4:56


✕  MailOnline
★ ★ ★ ★ ☆ View
FREE - On the App Store

 Daily **Mail**
.com
 News 

# Utah man sues Taylor Swift after her agents 'stonewall' his efforts to make music with her

By Kaileen Gaul For Mailonline
05:18 EDT 08 Dec 2016, updated 13:48 EDT 08 Dec 2016



ADVERTISEMENT

 Daily **Mail** tv  SEE MORE

 


MailOnline
★ ★ ★ ★ ⯨
FREE - On the App Store

× View





Russell Greer from Salt Lake City blames Swift's agents for not forwarding his music to her.

He believes he is entitled to the singer's attention.

Mr Greer was allegedly told multiple times the Shake It Off songstress had a 'no unsolicited music submission policy.

A j
arg

ADVERTISEMENT



  

the past two years I have been campaigning to shut
down Kiwi Farms, a site run by Joshua Conner Moon –
formerly of Pensacola, Florida.



# Kiwi Farms

@KiwiFarms

Gossip and exploitation of the mentally
handicapped for amusement purposes.

◯ Ruckersville, VA

𝒮 kiwi farms

—     Kiwi Farms is run by paedophile sadist
Joshua Conner Moon and exists to harass the
disabled. Click for full size.

 

Text Message
Today 1:59 PM

Russel you piece of shit. All your information including phone, home address, work address, etc. Will be published to the trolls unless you unblock me.

What??? Who is this?

It is Zig.

Sorenson was very helpful in providing me everything I need to know.

Why you deactivate your Facebook Russell?

    



# Moebius Lipschitz

👤+          ◉         ⋯
Add Friend         Message        More

About         Photos         Friends

🔄 **Featured Albums**        All Albums





# Greer Shitlips Rusty



**Add Friend**      Message      More

About     Photos     Friends

 **Featured Albums**     All Albums

 **Photos** • Nothing to Show

   

<     **September 25, 2017**     Edit
                12:08 PM



# Russhole Shitlips Greer

| Add Friend | Follow | Message | More |
|---|---|---|---|

| About | Photos | Friends |
|---|---|---|

Photos · Nothing to Show





# **EXHIBIT F**



# **EXHIBIT G**

# WHY I
# SUED
# TAYLOR SWIFT

## AND HOW I BECAME FALSELY KNOWN AS FRIVOLOUS, LITIGIOUS & CRAZY

**Based on the true event**





## BY RUSSELL GREER

# EXHIBIT H



# mylife



## Russell, Your Reputation Score is
## 2.675



You

**Show Reputation Scores**

Re ⌄

---

### ACTIVITY SUMMARY

| 1 | 10 | 634 |
|---|----|-----|
| VIEW LAST WEEK | VIEWS LAST MONTH | VIEWS LAST YEAR |

---



# Anonymous

LOCATION
Columbus, OH

SOURCE
Mylife

*Searched for you on*
*09/03/2018*

# My Jobs

Next Steps                    10



Saved                         21

Applied          1117

Interviewing                   4

## *NOTICE TO TERMINATE TENANCY*

**October 3, 2017**

Tenant(s):
Russell Greer
3306 East Del Verde Ave
Salt Lake City, Utah 84109

## TO TENANT(S) AND ALL OTHERS IN POSSESSION OF THE PREMISES LOCATED AT:

3306 East Del Verde Ave
Salt Lake City, Utah 84109

**PLEASE TAKE NOTICE** that your month-to-month tenancy under which you hold the possession of the herein described premises is hereby terminated as of the date **THIRTY (30)** days after the service of this **NOTICE** upon you. **YOU ARE HEREBY** required to quit and surrender possession thereof to Jessica Hirshberg on or before the date of **NOVEMBER 3, 2017.** Rent will be prorated for November if not vacant by October 31, 2017. Failure to do so will result in forfeiture of the lease and/or rental agreement and will institute an Unlawful Detainer lawsuit against you to recover rent, damages and possession of said premises.

THIS IS INTENDED AS A THIRTY (30) DAY NOTICE FOR THE PURPOSE OF TERMINATING YOUR TENANCY. THIS NOTICE IS IN ACCORDANCE WITH UTAH CODE, TITLE 78B, CHAPTER 6 § 802(b)(i).

LANDLORD RESERVES ALL THE RIGHTS AND REMEDIES PROVIDED UNDER THE RENTAL AGREEMENT AND UNDER APPLICABLE LAWS OF THE STATE OF UTAH INCLUDING BUT NOT LIMITED TO DAMAGES FOR UNPAID RENT OR PROPERTY AND NOTHING IN THIS NOTICE MAY BE CONSTRUED AS A WAIVER OF SUCH RIGHTS AND REMEDIES.

By: _Jessica Hirshberg_
Jessica Hirshberg

*3306 East Del Verde Ave, Salt Lake city, UT 84109*

*(801)450-3904*

# Current Claim for RUSSELL G GREER

**Type:** Unemployment Insurance

**Status:**
Eligible

**Weekly Benefit Amount**
$264.00

**Last Deposit Date**

**Begin Date**
Feb 25, 2018

**Maximum Benefit Amount**
$6,864.00

**Last Weekly Claim Filed**
Mar 24, 2018

**EndDate**
Feb 23, 2019

**Remaining Balance**
$6,713.00

**Work Search Requirement**
4 weekly

*\*Your claim will stop at the end of the benefit year. Any remaining balance cannot be carried over to a new claim.*

# Claims

Am I Eligible?

# EXHIBIT I



## Indv Com Note

| | | | | | | |
|---|---|---|---|---|---|---|
| **Client Name:** | Russell Greer | **Client ID:** | 2146609 | | **Status:** | Show |
| **Clinician Name:** | | **Service:** | Ind Thrpy Commercial | | | |
| **Date Of Service:** | 07/16/2019 | **Start Time:** 5:00 PM | **End Time:** 6:00 PM | | **Duration:** | 60 Minutes |
| **Team:** | H.S.S.C Highland | | | | | |
| **Location:** | H.S.S.C Highland | | **Specific Location:** | therapist office | | |
| **Mode of Delivery:** | Face-to-face | | **Member Participated:** Yes | | | |
| **Second Staff:** | | | **Other Participants:** | | | |

☐ Family Member(s)    ☐ Internal Collateral    ☐ External Collateral

**Goals and Objectives:**    trauma

## Service Note

### Situation Intervention Plan

Ct reported that he had a job interview this week and should hear about the job in the next couple of days. Ct shared that the girl he was texting has text him back and he invited her to spend time together this weekend but hasn't heard back.

Processed with Ct his moods. Ct shared that he did his assignment and he has seen improvement in his moods. Processed with his assessment and the prescribers assessment of him. Discussed his trauma. It appeared that Ct wanted his trauma symptoms to be validated, so writer validated them. Processed his conflicting views on what he wants from Taylor Swift. Ct agreed to think about revenge versus working things out because both are conflicting.

Ct will continue individual therapy in two weeks.

### Address Progress to Goal

Ct is using skills and managing his moods in a healthier way.

### Billing Diagnosis

1- F43.12        Post-traumatic stress disorder, chronic

### Signatures

**Clinician:** , CMHC CMHC                                **Signature Date:** 07/16/2019

# EXHIBIT J

As Greer says, this provides him with an opportunity for intimacy that he doesn't normally have. And by adding his name to this particular lawsuit, he wants to preserve the state's brothel system so that he can continue to do that.

That being said, Greer has faced criticism online over alleged misogynistic comments on social media. He has also sued Taylor Swift in the past.

The lawsuit was dismissed, but his decision to sue her also drew criticism online and questions around his views of women.

Despite this, the plaintiffs of the current lawsuit are specifically aiming to ban brothels in Nevada, and a brothel client joining the lawsuit as a defendant, we just don't know yet how that could impact the case overall.

**BILLMAN: Bree, is Russell Greer's situation common, based on some of the reporting that you've done?**

**EXHIBIT K**

# taylorswift ✓



**438**
Posts

**132M**
Followers

**Taylor Swift**
Lover out now
taylorswift.lnk.to/lover
Followed by **tiffanyhopefitriana, killbee2u**
and **92 others**

# EXHIBIT L

 


# Kirk Cameron: Celebrities Should Be Held to a Higher Standard