Russell Greer
7901 South 3200 West
P.O. Box 152
West Jordan, Utah 84088
801-895-3501
russmark@gmail.com
Pro Se Litigant

## IN THE UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION

| | |
|---|---|
| **RUSSELL G. GREER,** | **ORDER GRANTING LEAVE TO FILE SECONDED AMENDED COMPLAINT** |
| Plaintiff | |
| v. | Case No.:    3:20-cv-00436 |
| **TAYLOR A. SWIFT,** | |
| Defendant | Presiding Judge: Aleta A. Trauger |

1

Having read and considered Plaintiff's Motion for Leave to File Seconded Amended Complaint, and there being no apparent prejudice to the defendant, it is on this _____ day of June, 2020, ORDERED that Plaintiff's motion be, and hereby is, GRANTED.

The Clerk shall docket Exhibit A to Plaintiff's motion as Plaintiff's Seconded Amended Complaint.

_____

Aleta A Trauger, U.S. District Judge