FILED
2020 JUN 18 PM 1:18
U.S. DISTRICT COURT
MIDDLE DISTRICT TN

ORIGIN ID:BTFA (385) 214-4590
RUSSELL GODFREY GREER
689 VINE STREET
SALT LAKE CITY, UT 84107
UNITED STATES US

SHIP DATE: 15JUN20
ACTWGT: 1.15 LB
CAD: 6990527/SSF02110

BILL CREDIT CARD

TO U.S. DISTRICT COURT CLERK
801 BROADWAY
ROOM 800
NASHVILLE TN 37203
(615) 736-5498
REF:
DEPT:

FedEx Express
E

THU – 18 JUN 4:30P
EXPRESS SAVER

TRK# 3938 8321 7244
0201

SH RNCA

37203
TN-US BNA

Urgent

FedEx Express® Shipments Only

...should be compatible with the container and packed securely.
...terms and conditions and our limits of liability, refer to the
FedEx Express shipping document, the current FedEx Service
conditions of carriage.

...information on FedEx Express services, solutions, and shipping
to fedex.com, or contact your nearest FedEx location.

011 Rev 3/18

FedEx connects the world in responsible and resourceful ways at
fedex.com. Join our efforts by recycling this FedEx envelope.

Case 3:20-cv-00436   Document 7-3   Filed 06/18/20   Page 1 of 1 PageID #: 251