UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| RUSSELL GREER, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | No. 3:20-cv-00436 |
|  | ) | Judge Trauger |
| TAYLOR A. SWIFT, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## ORDER

Russell Greer, a *pro se* Utah resident, filed a civil complaint (Doc. No. 1) and paid the filing fee (Doc. No. 1-12).[1] The plaintiff also filed a motion to correct clerical mistake (Doc. No. 6 at 1–7), with an amended complaint (Doc. No. 6 at 12–38), and a motion for leave to file a second amended complaint (Doc. No. 7), with another amended complaint (Doc. No. 7-1 at 2–30).

This action is **REFERRED** to the Magistrate Judge to enter a scheduling order for the management of the case, dispose or recommend disposition of any pretrial motions under 28 U.S.C. §§ 636(b)(1)(A) and (B), and conduct further proceedings, if necessary, under Rule 72 of the Federal Rules of Civil Procedure and the Local Rules of Court.

The plaintiff is responsible for effecting service of process on the defendant. Failure to do so could result in dismissal of this action. Fed. R. Civ. P. 4(m). The plaintiff is also warned that failure to keep the court informed of his current address may result in dismissal of this action for failure to prosecute. Fed. R. Civ. P. 41(b); Local Rule 41.01(b).

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge

---

[1] This case is related to the plaintiff's previous case. *See Greer v. Swift*, No. 3:18-cv-00394.