UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RUSSELL GREER,<br><br>  Plaintiff,<br><br>v.<br><br>TAYLOR A. SWIFT,<br><br>  Defendant. | Case No. 3:20-cv-00436<br><br>Judge Aleta A. Trauger<br>Magistrate Judge Alistair E. Newbern |

## ORDER

Before the Court in this civil action are pro se Plaintiff Russell Greer's motion to correct a clerical mistake (Doc. No. 6) and motion for leave to file an amended complaint (Doc. No. 7). Greer's motion to correct a clerical mistake asks the Court to change the code used to identify the nature of this suit in the Court's electronic case filing system "from '190 Contract – Other Contract' to '360 – Other Personal Injury[.]'" (Doc. No. 6, PageID# 85.) The docket reflects that the nature of suit code for this action is "360 P.I.: Other." Greer's motion to correct a clerical mistake (Doc. No. 6) is therefore FOUND MOOT.

Greer's motion for leave to file an amended complaint asks the Court to enter his attached proposed amended complaint on the docket. (Doc. Nos. 7, 7-1.) Federal Rule of Civil Procedure 15(a)(1) "gives [Greer] an absolute right to amend [his] complaint one time before a responsive pleading is served." *In re Alfes*, 709 F.3d 631, 639 (6th Cir. 2013) (quoting *Pertuso v. Ford Motor Credit Co.*, 233 F.3d 417, 420 (6th Cir. 2000)). Because Defendant Taylor A. Swift has not yet appeared and filed a responsive pleading, Greer may file an amended complaint as a matter of course without seeking the Court's leave. Greer's motion for leave to file an amended

complaint (Doc. No. 7) is therefore FOUND MOOT. The Clerk of Court is DIRECTED to enter Greer's proposed amended complaint (Doc. No. 7-1) as a separate docket entry.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge