3:20-0436

# AFFIDAVIT OF SERVICE

| Case: 3:20-CV-00436 | Court: United States District Court for the Middle District of Tennessee Nashville Division | County: Nashville, TN | Job: 4619179 |
|---|---|---|---|
| Plaintiff / Petitioner: Russell Greer | | Defendant / Respondent: Taylor Swift | |
| Received by: District Legal Services, LLC | | For: Russell Greer | |
| To be served upon: Douglas Baldridge | | | |

**RECEIVED JUL 0 6 2020 U.S. District Court Middle District of TN**

I, Ellen Hebert, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein.

Recipient Name / Address: Patrick McCahan for Douglas Baldridge, Venable LLP: 600 Massachusetts Avenue NW, Washington, DC 20001
Manner of Service: Authorized, Jun 24, 2020, 10:50 am EDT
Documents: SUMMONS IN A CIVIL ACTION (Received Jun 18, 2020 at 4:31pm EDT), PLAINTIFF'S FIRST AMENDED COMPLAINT SEEKING DECLARATORY RELIEF, & EXHIBIT(S) (Received Jun 18, 2020 at 4:31pm EDT)

Additional Comments:
1) Successful Attempt: Jun 24, 2020, 10:50 am EDT at Venable LLP: 600 Massachusetts Avenue NW, Washington, DC 20001 received by Patrick McCahan for Douglas Baldridge. Age: 30; Ethnicity: Caucasian; Gender: Male; Weight: 160; Height: 5'10"; Hair: Brown; Eyes: Blue; Relationship: Authorized; Other: Mr. McCahan is the Operations Coordinator. He was casually dressed in jeans and a navy blue tee shirt.; Successfully served to an Authorized Agent.

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information, and belief.

Ellen S. Hebert    6-26-2020
Ellen Hebert    Date

Contractor of
District Legal Services, LLC
1615 New Hampshire Avenue, NW Suite #400
Washington, DC 20009
202.780.6556

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public
6/26/2020
Date    Commission Expires

FRANCO A. PONCE DE LEON
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires November 14, 2023



Case 3:20-cv-00436   Document 11   Filed 07/06/20   Page 1 of 3 PageID #: 334

Russell Greer
6885 South Redwood Road
Apt 801
West Jordan, UT 84084

United States District Court
801 Broadway, Room 800
Nashville, TN 37203

RECEIVED
JUL 06 2020
U.S. District Court
Middle District of TN

$0.50
US POSTAGE
FIRST-CLASS
062S1239S060
84084
000004865