**EXHIBIT A**

↩  **J. Douglas Baldridge** 6/24/20
To: Russell Greer >

# RE: Waive Service for Greer v. Swift

Mr. Greer – Yesterday, a process server left a summons and complaint at my office intended for Ms. Taylor Swift. As I have previously informed you, Ms. Swift is an individual and I am not authorized to accept service on her behalf. Your attempt at service is not valid. You will need to proceed in accordance with applicable rules and statutory requirements. Thank you. Doug Baldridge.

Sent with BlackBerry Work (www.blackberry.com)

**EXHIBIT B**

## Track Another Package +

**Tracking Number:**      Remove ✕

70192970000175319106

We attempted to deliver your item at 1:39 pm on August 3, 2020 in NASHVILLE, TN 37215 and a notice was left because an authorized recipient was not available. You may arrange redelivery by using the Schedule a Redelivery feature on this page or may pick up the item at the Post Office indicated on the notice beginning August 4, 2020. If this item is unclaimed by August 18, 2020 then it will be returned to sender.

## Delivery Attempt: Action Needed

August 3, 2020 at 1:39 pm
Notice Left (No Authorized Recipient Available)
NASHVILLE, TN 37215

## Schedule Redelivery ⌄



**EXHIBIT C**



# 2201 Harding Pl

2201 Harding Pl, Forest Hills, TN 37215

OVERVIEW          PHOTOS

DIRECTIONS     SAVE     LABEL     SHARE

Measure distance





# facebook



**Historic Nashville, Inc. is on Facebook.** To connect with Historic Nashville, Inc., join Facebook today.

Join

or

Log In

---



**Historic Nashville, Inc.**

June 22, 2012 at 9:56 PM · 🌐

We just learned this historic home at 2201 Harding Place in Nashville's tony Forest Hills neighborhood was designed by Nashville architect Edwin Keeble (1905–1979), who designed his own home nearby in a very similar Neoclassical Revival architectural style. While the home dates from 1934, side wings and the front portico were added by Keeble in the 1950s. A separate guest house was designed c.1968 by noted architect John L. Volk (1901–1984), an Austrian immigrant from Palm Beach, Florida.

CASASUGAR.COM

**Taylor Swift Scoops Up a Historic Nashville Home**

Country starlet Taylor Swift has scooped up a historic, 5,601...

↗ **Share**


**Trulia Real Estate App**

Get alerts on similar homes in Nashville

★★★★☆ 558K

**GET**

✕

‹ Nashville     **trulia**     ☰

# Price History for 2201 Harding Pl

| Date | Price | Event | |
|------|-------|-------|---|
| 06/30/2011 | $2,500,000 | Sold | ⌃ |

**Recording Date**
06/30/2011

**Contract Date**
06/28/2011

**County Transfer Tax**
N/A

**Total Transfer Tax**
$9,250

**Transaction Type**
Insured Non-Residential Grant Deed

**Document Type**
Warranty Deed

| 06/24/2011 | $2,995,000 | Posting Remove | ⌄ |


# Nashville, Tennessee



GOOGLE MAPS

Taylor's other Nashville home is a 5,600-square foot Greek revival estate with a 2,000-square-foot guesthouse. I repeat...the **guesthouse** alone is 2,000

**EXHIBIT D**



Taylor Swift's Nashville Pad in the Adelicia Condo

## Where does Taylor Swift live?

When in Nashville Taylor Swift resides at 900 20th ave S, Nashville 37212 on the corner of 20th Ave S and Chet Atkins Place.

"It's the most comfortable place in the world" says Swift describing the inside of her pillow-filled human size birdcage which faces the floor-to-ceiling windows with views overlooking the city and beyond to the green hills in the distance.

This comfy birdcage is within the 2-story 4,062 sq ft Penthouse in Adelicia Condos, Nashville's most expensive condo building where she purchased or $1.99 million in 2009. Taylor's 3 bedroom, 4.5 bathroom condo is on the top 2 floors of the 18th storey building boasting spectacular views of the city and the hills in the distance.

Swift's penthouse underwent an 18-month extreme makeover transforming the previous owner's ultra-modern