# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Russell Greer

      Plaintiff,

v.               Case No.: 3:20−cv−00436

Taylor A. Swift

      Defendant,

## ENTRY OF JUDGMENT

  Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 1/15/2021 re [14].

                           Lynda M. Hill
                    s/ Lindsay Newsom, Deputy Clerk